■ CARL KING, Respondent, v. STERLING TELEVISION CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Frank, McNally and Stevens, JJ.

## (May 22, 1958)

■ STANLEY L. GLUCK, as Successor Assignee for the Benefit of Creditors of FILM CLASSICS, INC. v. EAGLE LION CLASSICS, INC., et al.— Motion for stay granted on condition that the defendant-respondent-appellant, Eagle Lion Classics, Inc., procures the record on appeal and appellant's points to be served and filed on or before August 12, 1958, with notice of argument for the September, 1958 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ In the Matter of HARTFORD WOOLEN CO., INC., against S. PERLO & SONS.— Motion for stay granted on condition that the appellant perfects the appeal for argument or submission on September 9, 1958, as directed by the order on Motion No. 85, decided simultaneously herewith. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MARY RIVERA GARCIA.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ In the Matter of L. R. THORNTON against WILLIAMS-MCWILLIAMS INDUSTRIES, INC.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ In the Matter of PHILIP ROTHMAN & SON, INC., against SHINKO SANGYO TRADING CO., LTD.— Motion for stay granted upon condition that the petitioner-appellant procures the record on appeal and appellant's points to be served and filed on or before August 28, 1958, with notice of argument for September 9, 1958, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ In the Matter of JACK SILVERSTEIN against 115 EAST 105TH STREET CORP. et al.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ JOSEPH B. FERGUSON, Individually and as Stockholder of FERGUS ENTERPRISES, INC., v. FERGUS ENTERPRISES, INC., et al.— Motion for stay denied, in all respects, with $10 costs. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.